**RECORD NO. 10-5075**

# IN THE

# United States Court of Appeals

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

FERNARD LEE JORDAN,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**OPENING BRIEF OF APPELLANT**

Reginald M. Barley
ATTORNEY AT LAW
The 21 Professional Center
2025 E. Main Street, Suite 210
Richmond, Virginia 23223
(804) 783-8468 Telephone
rmblaw1@msn.com

*Counsel for Appellant*

April 29, 2011

## TABLE OF CONTENTS

Page

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Statement of Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Statement of Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Summary of Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Statement Regarding Oral Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Certification of Compliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Certification of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

<u>TABLE OF AUTHORITIES</u>

<u>Page</u>

<u>Cases</u>

*Anders v. California*, 386 U.S. 738 (1967) . . . . . . . . . . . . . . . . . . . . . . . . .  1, 4, 5

*Gall v. United States*, 552 U.S. 38, 51 (2007) . . . . . . . . . . . . . . . . . . . . . . . .  4

<u>Other Authorities</u>

18 U.S.C. § 3231 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

28 U.S.C. § 1291 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

21 U.S.C. § 841 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

## STATEMENT OF JURISDICTION

The district court had jurisdiction over this federal criminal case pursuant to  18 U.S.C.  Sec. 3231.  The order of the district court being appealed having been filed on October 7, 2010, and the notice of appeal from such order timely filed on October 12, 2010.  This Court has jurisdiction over this appeal pursuant to 28 U.S.C. Sec. 1291.

## STATEMENT OF ISSUES

This brief is submitted to the Court pursuant to the holding of *Anders v. California*, 386 U.S. 738 (1967).  Counsel for Fernard Jordan  has carefully reviewed the record and has not found any grounds for appeal which he perceives to be meritorious.

Appellant asserts that he was arrested on an invalid warrant on March 31, 2010.  Appellant states that the relevant quantity of cocaine for sentencing purposes should have been eight (8) kilograms, rather than ten (10) kilograms of cocaine.  Furthermore, Jordan asserts that the trial judge should have sentenced him to the low end of the Sentencing Guideline based upon his background and various character letters which were submitted on his behalf.

1

STATEMENT OF THE CASE

This case arises from the conviction and sentencing of Fernard Jordan to a term of 108 months imprisonment and four years of supervised release for possession with intent to distribute  cocaine.  Jordan contends that he was arrested illegally.  Also, Jordan asserts that the relevant quantity of cocaine for sentencing purposes should have been 8 kilograms, not 10 kilograms.

STATEMENT OF FACTS

On August 19, 2009 and October 30, 2009, law enforcement officers utilizing confidential informants obtained controlled buys of cocaine from Jordan at his business located at 2420 Hull Street in Richmond, Virginia.

On March 26, 2010, a confidential informant ("CI")advised law enforcement that Jordan was traveling to Texas to purchase cocaine and was expected to return to Richmond within the next few days.  The CI had previously stated that Jordan's source of supply of cocaine was located in Texas and that Jordan often traveled to Texas to purchase cocaine directly from his source.  Based upon the information received from the CI, law enforcement authorities conducted surveillance upon Jordan's residence.  On the evening of March 31, 2010, law enforcement agents observed Jordan arrive at his home carrying a gray garment bag.  Jordan was arrested

2

on an outstanding warrant for distribution of cocaine. Jordan informed the police officers that he had taken the cocaine into his residence and led the authorities to the drugs in the house. The police found two (2) kilograms of cocaine in Jordan's home. Jordan was arrested on the charge of possession with intent to distribute cocaine. Jordan was read his Miranda rights. Thereafter, Jordan told the officers that he had gone to Texas with $50,000 in U.S. currency to pick of two kilograms of cocaine. Jordan further informed the police officers that he had made five additional trips to Texas at which times he picked up a total of eight kilograms of cocaine.

On June 3, 2010, Jordan was charged in the United States District Court for the Eastern District of Richmond in a one-count Criminal Information with possession with intent to distribute more than 500 grams of cocaine, in violation 21 U.S.C. Sec. 841.

On June 14, 2010, Jordan appeared before the United States District Court for the Eastern District of Virginia pursuant to a written plea agreement and statement of facts. Jordan's plea was accepted and sentencing was set for October 1, 2010. The trial court ordered a presentence report.

On October 1, 2010, Jordan appeared in the United States District Court for the Eastern District Court for sentencing. Numerous Jordan family members and friends appeared in the court. Also, numerous character letters from Jordan's family and

3

friends were submitted to the trial judge, the Honorable Robert E. Payne. Jordan's Sentencing Guideline range was 87-108 months imprisonment based upon an adjusted offense level of 29 and a criminal history category 1. For reasons stated on the record, Judge Payne sentenced Jordan to 108 months imprisonment which was the high end of the sentencing guidelines that were incorporated into Jordan's presentence report.

Jordan filed a *pro se* notice of appeal.

## SUMMARY OF ARGUMENT

This counsel could not find any meritorious issues for appeal in the record of this case. Pursuant to *Anders, supra*, this Court is invited to review the record to ascertain if any of the appellant questions warrant consideration.

## STANDARD OF REVIEW

On an appeal of a district court's sentencing ruling, an appellate reviews a sentence for reasonableness under an abuse of discretion standard. *Gall v. United States*, 552 U.S. 38, 51 (2007).

## ARGUMENT

This appeal is submitted pursuant to *Anders v. California, supra*. This Court is invited to review the record of this case to ascertain if there are meritorious issues to consider. Jordan asserts that the City of Richmond police did not have a warrant

4

for his arrest on March 31, 2010.  However, the Richmond police had obtained an arrest warrant for Jordan for the   August 19, 2009 and October 30, 2009 drug distributions.   Moreover, prior to this appeal, Jordan did not raise the issue of a warrantless arrest.   Jordan contends that he confessed to having 8 kilograms of cocaine rather than 10 kilograms of cocaine.  As noted above, Jordan told the law enforcement officers that prior to his March 2010 trip to Texas to buy two kilograms of cocaine, he had traveled to Texas on five other occasions  to obtain a total of eight kilograms of cocaine.  *Also, See* Statement of Facts and Plea Agreement.

<u>CONCLUSION</u>

The undersigned counsel presents this *Anders* brief    to the Court having conscientiously examined the record of the case and having determined that there is no meritorious ground for appeal.  Under the directive of the *Anders* case, undersigned counsel invites the Court to review *de novo* the entire record and all pertinent documents in this case to determine whether there is any other issue that is not frivolous.  Undersigned stands ready to brief and argue any issue so identified by the Court.

RESPECTFULLY SUBMITTED,
FERNARD LEE JORDAN


By:  /s/ Reginald M. Barley
              Counsel

Reginald M. Barley
Attorney at Law
Counsel for Appellant
2025 E. Main Street, Suite 210
Richmond, Virginia 23223
(804) 783-8468
Fax (804) 783-2112


## STATEMENT REGARDING ORAL ARGUMENT

Counsel for appellant believes that the issues raised in this brief do not require

oral argument.


## CERTIFICATE OF COMPLIANCE

1.   This brief of appellant has been prepared using WordPerfect Office X3 software, Times New Roman font, 14 point proportional type size.

2.   Exclusive of the corporate disclosure statement; table of contents, table of authorities; statement with respect to oral argument; any addendum containing statutes, rules, or regulations, and the certificate of service, this brief contains FIVE (5)  pages.


*/s/ Reginald M. Barley*
Reginald M. Barley

6

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of April 2011, I filed with the Clerk's Office of the United States Court of Appeals for the Fourth Circuit the required copies of this Brief of Appellant and further certify that I mailed this same date the required copies to opposing counsel.

The opposing counsel in this case is Richard Cook, Assistant U.S. Attorney, OFFICE OF U.S. ATTORNEY, 600E. Main Street, 18th Floor, Richmond, Virginia. 23219, Tel: (804) 819-5400.

<u>*/s/ Reginald M. Barley*</u>
Reginald M. Barley

7